BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email: brian_rohlfing.office@speakeasy.net

Attorney for MICHELLE J. MARIN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. MARIN, | No. 1:08-CV-01625 GSA |
| Plaintiff, | STIPULATION AND ORDER REGARIDNG DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: March 31, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for MICHELLE J. MARIN |

DATED: March 31, 2009    LAWRENCE G. BROWN
Acting United States Attorney

*\*-ELIZABETH FIRER*

_____
ELIZABETH FIRER
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 3/31/09]

1
2  IT IS HEREBY ORDERED, based on the stipulation by and between the
3  parties, through their respective counsel, that the court dismisses the above matter
4  without prejudice. Each side to bear his/her own costs and expenses, including but
5  not limited to attorney's fees. The Clerk's office is directed to close this case.
6
7  IT IS SO ORDERED.
8
   DATE : March 31, 2009                    /s/ Gary S. Austin
9                                            The Honorable Gary S. Austin
                                             United States Magistrate Judge
10